1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES BOYD,

11              Plaintiff,                No. CIV S-09-0854 EFB P

12        vs.

13   HAMILTON,

14              Defendant.                <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24        Here, most defendants are located and the claim arose at Red Onion State Prison in

25   Pound, Virginia, which is in the Western District of Virginia. 28 U.S.C. § 127(b).  Therefore, in

26   the interest of justice, this action is transferred to the United States District Court for the Western

1

District of Virginia.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

DATED:  April 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE